UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONNIE GONZALEZ,<br><br>                                     Petitioner,<br><br>   -v-<br><br>UNITED STATES OF AMERICA,<br><br>                                     Respondent. | No. 11-cr-487-3 (RJS)<br><br>No. 16-cv-4184 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Petitioner requesting a stay of his habeas petition pending the resolution of *United States v. Taylor*, No. 20-1459 before the Supreme Court. (Criminal Doc. No. 171; Civil Doc. No. 71.) The government does not oppose that request. (Civil Doc. No. 73.)

      Because the Court finds that *Taylor* is likely to bear on the disposition of this case, IT IS HEREBY ORDERED THAT the petition is stayed pending the Supreme Court's decision in *Taylor*. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter addressing the status of *Taylor* and the continuing need for a stay by July 1, 2021 or within 48 hours of the issuance of a decision by the Supreme Court in *Taylor*, whichever is earlier.

SO ORDERED.

Dated:    June 8, 2021
             New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting By Designation