UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RONNIE GONZALEZ,<br><br>                        Defendant.<br><br>RONNIE GONZALEZ,<br><br>                        Petitioner,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | No. 11-cr-487-3 (RJS)<br><br>No. 16-cv-4184 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from counsel for defendant Ronnie Gonzalez, dated May 1, 2023 (Doc. No. 224), and the attached letter response from the Clerk of Court for the Second Circuit, dated May 2, 2023, concerning the Court's authority to sit by designation in the district court in this matter. The Clerk of Court for the Southern District of New York is respectfully directed to docket this order and the May 2, 2023 letter attached hereto. The Clerk of Court is further directed to terminate the motion at Doc. No. 224.

SO ORDERED.

Dated:    May 2, 2023
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Thurgood Marshall United States Courthouse
40 Foley Square, New York NY 10007
212.857.8585

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

May 2, 2023

Sarah Baumgartel, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street – 10th Floor
New York, NY 10007

Dear Counsel:

**Re: United States v. Ronnie Gonzalez, SDNY 11-cr-487 (RJS)**

I am writing in response to your May 1, 2023 letter requesting that the order designating Circuit Judge Richard J. Sullivan to sit in the United States District Court for the Southern District of New York be placed on the electronic docket for the above noted case.

This response confirms that Second Circuit Chief Judge Debra A. Livingston duly signed the designation and assignment order pursuant to 28 U.S.C. § 291(b) empowering Judge Sullivan to sit in the United States District Court for the Southern District of New York through calendar year 2023. The order was entered on the Circuit Clerk's Special Orders docket on December 15, 2023 pursuant to 28 U.S.C. § 295 and distributed to the Southern District Clerk.

It is the practice to not publicly post copies of judicial designation orders. This letter serves as confirmation of the designation about which you have inquired.

Very truly yours,

*Catherine O'Hagan Wolfe*

Catherine O'Hagan Wolfe